## TOM DAVIS and Another v. GREAT NORTHERN RAILWAY COMPANY.[1]

(WESSE CASE)

February 5, 1915.

Nos. 19,035–(240).

**Case followed.**

Action in the district court for Lyon county to enforce an attorney's lien for $3,000. The answer alleged a settlement with and payment to James H. Wesse of the sum of $1,000. The case was tried before Olsen, J., who made findings and ordered judgment in favor of plaintiffs for $522.30. From the judgment entered pursuant to the order for judgment, defendant appealed. Affirmed.

*M. L. Countryman* and *A. L. Janes,* for appellant.

*Davis & Michel,* for respondents.

PER CURIAM.

The questions involved in this action are identical with those presented in the case of Davis against the Great Northern Railway Co., supra, page 354, 151 N. W. 128, and the conclusion there reached is decisive of this case.

It is therefore ordered that the judgment appealed from be and the same hereby is affirmed.

[1] Reported in 151 N. W. 130.